UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| CAPITOL INDEMNITY CORPORATION, )<br>     )<br>              Plaintiff,     )<br>     )<br>vs.     )<br>     )<br>SULLIVAN'S PUB, INC., *et al.*,     )<br>     )<br>              Defendants.    )<br>_____ ) | 02:04-CV-1507-LRH (LRL)<br><br>ORDER |

Presently before this court is Plaintiff's Motion for Summary Judgment (#12[1]). No response has been filed by Defendants. Pursuant to Local Rule 7-2(d): "The failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." In the present matter, Defendants have so far failed to provide any response to the motion for summary judgment, nor any explanation for the delay, despite the fact that an opposition was due as of June 4, 2006. The court will grant Defendants 15 days to

///
///
///
///
///
///
///

---

[1] References to (#XX) refer to the court's docket.

1 file an appropriate response to the motion. If no response is filed, the court will entertain the
2 pending motion filed by Plaintiff seeking summary judgment based on Local Rule 7-2(d). (#14).
3   It is so ORDERED.
4   DATED this 27th day of July, 2006.

_____
LARRY R. HICKS
United States District Judge